UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| LETTY GILLIAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| WAKE COUNTY DETENTION CENTER, WAKE COUNTY BOARD OF COMMISSIONERS, WAKE COUNTY SHERIFFS OFFICE, SHERIFF WILLIE ROWE, GERALD BAKER, ROBERT J. LANE, and JENNIFER JONES, | ) ) ) ) ) ) ) | 5:24-CV-8-BO-RJ |
| | ) | |
| Defendants. | ) ) | |

Decision by Court.
This matter is before the Court on Defendant Wake County Board of Commissioners' (WCBC) Motion to Dismiss [DE 20], Defendant Wake County Sheriffs Office's (WCSO) Motion to Dismiss [DE 22], and Plaintiffs Motion for Leave to File a Document [DE 24].

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendant Wake County Board of Commissioners' Motion to Dismiss [DE 20] is GRANTED. Defendant Wake County Sheriffs Office's Motion to dismiss [DE 22] is likewise GRANTED. Defendant Gilliam's motion for leave to file a document [DE 24] is DENIED. This case is DISMISSED.

The case is closed.

**This judgment filed and entered on January 30, 2025, and served on:**
Jonathan Stillo (via CM/ECF NEF)
Jennifer Jones (via CM/ECF NEF)
Roger Askew (via CM/ECF NEF)
Robert Lane (via CM/ECF NEF)

January 30, 2025

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk